806

*Solicitor General Washington, Robert S. Erdahl, Sheldon E. Bernstein, William E. Remy, David London* and *Jacob W. Rosenthal* for the United States.

No. 1078. VACU-MATIC CARBURETOR CO. *v.* FEDERAL TRADE COMMISSION. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Theodore E. Rein* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Berge* and *W. T. Kelley* for respondent.

No. 1085. PERNICIARO *v.* UNITED STATES. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hugh M. Wilkinson* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1086. FIRST NATIONAL BANK ET AL. *v.* SCOFIELD, COLLECTOR OF INTERNAL REVENUE. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Edward S. Boyles* for the First National Bank, petitioner. *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss* and *Irving I. Axelrad* for respondent.

No. 1094. ELIZABETH ARDEN, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. April 14, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second